IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MIRNA MARTINEZ, INDIVIDUALLY, § | | |
| AND AS NEXT FRIEND OF M.M., A MINOR § | | |
| § | CIVIL ACTION NO. 7:24−cv−00364 | |
| v. § | | |
| § | | |
| WAL-MART STORES TEXAS, LLC § | JURY REQUESTED | |

**ADVISORY TO THE COURT REGARDING SETTLEMENT**

TO THE HONORABLE JUDGE OF SAID COURT:

The Parties hereby notify the Court that they have agreed to a settlement in the above-entitled and numbered cause, resolving all claims of Plaintiff Mirna Martinez and Minor Plaintiff M.M. in this matter. Court approval of the settlement for Minor Plaintiff M.M. is necessary; the parties have filed a Joint Motion for the Appointment of a Guardian Ad Litem contemporaneously with this Advisory to the Court Regarding Settlement.

Respectfully submitted,

_____
Derek Salinas
Texas Bar No. 24093098
Southern District No. 2554325
Gerardo L. Garcia, Jr.
Texas Bar No. 24123059
Southern District No. 3713081
Cesar Palma
Texas Bar No. 24094884
Email: tijerinalit@tlegalgroup.com
TIJERINA LEGAL GROUP, PC
1200 South Col. Rowe Blvd., Ste. 4A
McAllen, Texas 78501
(956) 777-7000
Fax (956) 972-0144

ATTORNEYS FOR PLAINTIFFS

-AND-

    */s/ Elizabeth Ferguson Herrera*
Jaime A. Saenz
Texas Bar No. 17514859
Email:  ja.saenz@rcclaw.com
Elizabeth Herrera
State Bar No. 24087716
Email: e.herrera@rcclaw.com
COLVIN, SAENZ, RODRIGUEZ
& KENNAMER LLP
1201 East Van Buren Street
Brownsville, TX 78520
(956) 542-7441
(956) 541-2170 (Fax)

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was served upon all counsel of record using the CM/ECF system on this the  21st  day of March 2025.  Notice of this filing will be sent electronically to all known counsel of record.

    */s/ Elizabeth Ferguson Herrera*
ELIZABETH FERGUSON HERRERA